IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tracy M. Maruco<br>106 West Bowen Street, #13<br>Remington, VA 22734,<br><br>      Plaintiff,<br><br>v.<br><br>Verizon Washington, DC, Inc.<br>2055 L Street, NW<br>Washington, DC 20036<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND JURY TRIAL DEMAND

COMES NOW THE PLAINTIFF, Tracy M. Maruco, by and through her undersigned counsel, and as for her causes of action, she states:

1) The Plaintiff brings this action pursuant to the Americans With Disabilities Act ("ADA") (42 U.S.C. Section 12101, *et seq.*) and pursuant to Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. Section 2000e, *et seq.*), for discrimination based on race, disability, gender, and for retaliation.

2) The Plaintiff is a citizen of the United States and a resident of Virginia. The Defendant is an employer, which operates principally in the District of Columbia and has over 500 employees. The discrimination complained of herein occurred in the District of Columbia.

3) On or about March 27, 2000, the Plaintiff was hired by the Defendant to work as a Maintenance Administrator in Defendant's Repair Department. A few months after being hired by Defendant, the Plaintiff began to suffer from what appeared to be a pattern of discrimination and harassment.



HERMINA
LAW GROUP

Laurel Lakes Executive
Park
8327 Cherry Lane
Laurel, MD 20707

Phone: (301) 206-3166
(410) 792-2727
Fax: (301) 490-7913

4) The Plaintiff was subjected to racial remarks made by her co-workers and Plaintiff complained, but Defendant took no action.

5) In December of 2004, the Plaintiff was sexually harassed by another Maintenance Administrator. On approximately seven different occasions, Defendant's said employee kissed the Plaintiff and grabbed her breasts.

6) In March of 2005, the Plaintiff became disabled and an independent medical examination determined that the Plaintiff "is not able to return to work" at that time. The physician conducting the examination concluded that "an acute post-traumatic experience" had been evoked and that the same resulted in the reawakening of "old, painful, overwhelming conflict."

7) After another extensive independent medical examination was conducted by another of Defendant's physicians in August of 2005, the Plaintiff was diagnosed with having suffered from the following illnesses:

> "Axis I. Major Depression, recurrent…
>       Post Traumatic Stress Disorder, chronic
>       Acute Grief (Adjustment Disorder…)
> Axis II. Borderline personality disorder…
> Axis III. Migraine headaches, Irritable Bowel Syndrome, recurrent kidney infections, asthma, detached retina, hypertension, allergies to sulfur, tetracycline, and iodine.
> Axis IV. Occupational, primary support group problems.
> Axis V. GAF score – 45."

8) Based on the diagnosis made, the physician found that psychiatrically, the Plaintiff is "unable to work at her own occupation at this time. She is possibly psychotic, and in any case, severely depressed, violent, and unstable."



HERMINA
LAW GROUP

Laurel Lakes Executive Park
8327 Cherry Lane
Laurel, MD 20707

Phone: (301) 206-3166
       (410) 792-2727
Fax:   (301) 490-7913

9) That the aforesaid disability did, during the relevant time period, and does, substantially limit Plaintiff's major life activities. The Defendant was aware of Plaintiff's disability and perceived Plaintiff's condition as such.

10) That Plaintiff was denied reasonable accommodations with respect to her said disability. The Defendant, through its managers and employees, harassed Plaintiff and threatened to terminate her employment because of her disability.

11) That on or about May 2, 2005, the Defendant informed Plaintiff that her job was terminated.

12) Upon information and belief, the Defendant realized that terminating Plaintiff's employment would be in violation of the law. Therefore, the Defendant permitted the Plaintiff to return to her position on May 13, 2006.

13) That Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") on or about June 9, 2005.

14) In retaliation against the Plaintiff for filing her said charge of discrimination, the Defendant harassed Plaintiff from November of 2005 through February of 2006. Such retaliation consisted of, among other acts, denying Plaintiff reasonable accommodations, which Plaintiff requested upon her return to work. The retaliation also took the form of further harassment by the Defendant, including threats of terminating Plaintiff from her employment. Perhaps, the ultimate retaliation was to terminate Plaintiff from her employment on February 5, 2006 and to deny Plaintiff severance, to which Plaintiff was/is entitled.

15) In addition to the charge of the discrimination previously mentioned, the Plaintiff filed a charge of discrimination for the said retaliation with the



HERMINA
LAW GROUP

Laurel Lakes Executive
Park
8327 Cherry Lane
Laurel, MD 20707

Phone: (301) 206-3166
(410) 792-2727
Fax: (301) 490-7913

EEOC. The EEOC issued Plaintiff a right-to-sue letter, and this civil action is being filed within ninety (90) days from Plaintiff's receipt of her right-to-sue letter.

### COUNT ONE
### Americans With Disabilities Act ("ADA")

16) The Plaintiff re-avers all of the factual allegations made above as if fully set forth herein.

17) In addition, the Plaintiff also avers that Defendant's unlawful and discriminatory failure and refusal to accommodate Plaintiff on account of her disability, which Defendant also perceived as existing, and that Plaintiff's termination were in violation of the ADA, 42 U.S.C. 12101, *et seq.*, justifying an award, inter alia, of back pay, front pay, interest, benefits, compensatory damages, compensation for emotional and physical harm, punitive damages, among other categories of damages.

### COUNT TWO
### TITLE VII
### Race, Gender And Disability Discrimination

18) The Plaintiff re-avers all of the factual allegations made above as if fully set forth herein. The Plaintiff further alleges that the discriminatory treatment by the Defendant was due to her race (white), her gender and sexual orientation, as well as her disability in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, *et seq.* This discriminatory conduct was intentional and was committed with actual malice, or its functional equivalent, and with the intent to harm and permanently damage the Plaintiff.



HERMINA
LAW GROUP

Laurel Lakes Executive
Park
8327 Cherry Lane
Laurel, MD 20707

Phone: (301) 206-3166
(410) 792-2727
Fax: (301) 490-7913

## COUNT THREE
## RETALIATION

19) The Plaintiff re-avers all of the factual allegations made above as if fully set forth herein. The Plaintiff further asserts that the actions taken by the Defendant in retaliation for Plaintiff's exercise of her legally-protected rights, among other things, to voice her opposition to the discrimination, to insist upon the accommodation, and to file a charge of discrimination violates Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, *et seq.* This discriminatory conduct was intentional and was committed with actual malice, or its functional equivalent, and with the intent to harm and permanently damage the Plaintiff.

WHEREFORE, your Plaintiff respectfully requests that this Honorable Court:

a) Order the Defendant to reinstate the Plaintiff with all necessary reasonable accommodations to Plaintiff's position;
b) Order Defendant to cease and desist from discriminating against employees on the basis of race, gender, and disability and to discontinue its acts of retaliation;
c) Enter judgment against the Defendant for front pay, back pay and all lost benefits;
d) Enter judgment in favor of the Plaintiff for such amount as may be awarded by the jury for compensatory damages, including for Plaintiff's physical and emotional pain and suffering;
e) Enter a judgment in favor of the Plaintiff for such amount as may be awarded by a jury for punitive damages;
f) Award Plaintiff all costs, expenses, and reasonable attorneys' fees associated with the prosecution of this civil action; and
g) Grant any such other and further relief as to this Honorable Court may be appear just and proper.



HERMINA
LAW GROUP

Laurel Lakes Executive
Park
8327 Cherry Lane
Laurel, MD 20707

Phone: (301) 206-3166
(410) 792-2727
Fax: (301) 490-7913

Respectfully Submitted,

The Plaintiff,

BY: _____
His Counsel
John W. Hermina, Esquire
Bar Id No. 421790
Hermina Law Group
Laurel Lakes Executive Park
8327 Cherry Lane
Laurel, Maryland 20707
410-792-2727
301-206-3166



HERMINA
LAW GROUP

Laurel Lakes Executive
Park
8327 Cherry Lane
Laurel, MD 20707

Phone: (301) 206-3166
(410) 792-2727
Fax: (301) 490-7913

# CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

**I (a) PLAINTIFFS** Tracy M. Maruco
106 West Bowen Street, #13
Remington, VA 22734

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS** Verizon Washington, DC, Inc.
2055 L Street, NW
WAshington, DC 20036

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
John W. Hermina
8327 Cherry Lane,
Laurel, Maryland 20707

ATTORNEYS (IF KNOWN)

## II BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ☐ G. Habeas Corpus/2255<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. Employment Discrimination<br><br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. FOIA/PRIVACY ACT<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. Student Loan<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. Labor/ERISA (non-employment)<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. Other Civil Rights (non-employment)<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ M. Contract<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ N. Three-Judge Court<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multi district Litigation
☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
ADA and Title VII

VII. REQUESTED IN COMPLAINT    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint    JURY DEMAND: ☒ YES ☐ NO

VIII. RELATED CASE(S) IF ANY    (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE 10-16-06    SIGNATURE OF ATTORNEY OF RECORD [signature]

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.