UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRACY M. MARUCO,<br><br>        Plaintiff,<br><br>v.<br><br>VERIZON WASHINGTON, DC, INC.,<br><br>        Defendant. | Civil Action No. 1:06cv01837 |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned counsel of record for Verizon Washington, DC, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Verizon Washington DC, Inc., which have any outstanding securities in the hands of the public.

    Verizon Delaware Inc.
    [formerly known as "Bell Atlantic - Delaware, Inc. " and "The Diamond State Telephone Company"]
    Verizon Maryland Inc.
    [formerly known as "Bell Atlantic - Maryland, Inc." and "The Chesapeake and Potomac Telephone Company of       Maryland"]
    Verizon New Jersey Inc.
    [formerly known as "Bell Atlantic - New Jersey, Inc." and "New Jersey Bell Telephone Company"]
    Verizon Pennsylvania Inc.
    [formerly known as "Bell Atlantic - Pennsylvania, Inc." and "The Bell Telephone Company of Pennsylvania"]

Verizon Virginia Inc.

[formerly known as "Bell Atlantic - Virginia, Inc." and "The Chesapeake and Potomac Telephone Company of      Virginia"]

Verizon West Virginia Inc.

[formerly known as "Bell Atlantic - West Virginia, Inc." and "The Chesapeake and Potomac Telephone Company of      West Virginia, Inc."]

Verizon New York Inc.

[formerly known as "New York Telephone Company"]

Verizon New England Inc.

[formerly known as "New England Telephone and Telegraph Company"]

Verizon California Inc.

[formerly known as "GTE California Incorporated"]

Verizon Florida Inc.

[formerly known as GTE Florida Incorporated"]

Verizon North Inc.

[formerly known as GTE North Incorporated"]

Verizon Northwest Inc.

[formerly known as GTE Northwest Incorporated"]

Verizon South Inc.

[formerly known as "GTE South Incorporated"]

Verizon Capital Corp.

Cellco Partnership (dba "Verizon Wireless")

NYNEX Corporation

GTE Corporation

GTE Southwest Incorporated (dba Verizon Southwest)

In addition, Verizon Communications Inc. owns a 52% interest in Telecommunicaciones de Puerto Rico, Inc. which has publicly traded notes.  Verizon also owns non-controlling minority interests in various companies that have publicly held securities.

- 3 -

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: December __, 2006

Respectfully submitted,

REED SMITH LLP

/s/ Betty S. W. Graumlich
Betty S.W. Graumlich (D.C. Bar #376310)
Email: bgraumlich@reedsmith.com
**REED SMITH LLP**
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA  23219-4068
Telephone:   (804) 344-3456
Facsimile:     (804) 344-3410

Bridnetta D. Edwards, (D.C. Bar #437467)
E-mail: bedwards@reedsmith.com
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, DC  20005-3317
Telephone:   (202) 414-9200
Facsimile:     (202) 414-9299

Counsel for the Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, 2006, a true and correct copy of the foregoing "Corporate Disclosure Statement" was served through CM/ECF and by first class, U.S. mail, postage prepaid, to the following:

> John W. Hermina, Esquire
> Bar Id No. 421790
> Hermina Law Group
> Laurel Lakes Executive Park
> 8327 Cherry Lane
> Laurel, Maryland  20707

> /s/ Betty S. W. Graumlich
> Betty S. W. Graumlich