UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRACY M. MARUCO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 1:06cv01837 |
| | ) |
| **VERIZON WASHINGTON, DC INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**JOINT LOCAL CIVIL RULE 16.3 REPORT
AND PROPOSED SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 26 and Local Rule 16.3, Plaintiff Tracy M. Maruco ("Maruco") and Defendant Verizon Washington, DC Inc. ("Verizon DC" or the "Company"), by counsel, submit this joint report.

Plaintiff Tracy M. Maruco brings this lawsuit against her former employer Verizon DC pursuant to the Americans With Disabilities Act, 42 U.S.C. §12101 *et seq.*, and pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq.*, for discrimination based on her race, disability, and gender and for retaliation.

On February 27 and March 1, 2007 counsel for the parties conferred by conference call and discussed the matters set forth in Local Rule 16.3(c). Set forth below is each matter discussed, whether an agreement was reached with respect to that matter, and if not, each party's respective position.

1.  The parties agree that they will be in a better position to determine whether there is reasonable likelihood that the case will be disposed of on dispositive motion after the close of discovery.

- 2 -

2.     The parties do not believe that other parties will be joined in this case.  The parties do not anticipate amending the pleadings.  The legal and factual issues set forth in Maruco's complaint constitute a succinct statement of the issues and Maruco does not anticipate that they will be narrowed.  Verizon DC has answered.

3.     The parties do not believe that the case would benefit from assignment to a Magistrate Judge.

4.     The parties agree that it is unlikely that the case will be settled until discovery is completed.

5.     The parties have considered the factors enumerated in 5(i) through 5(v) of Local Rule 16.3(c) and state that they will be in a position to determine whether this is a summary judgment case and/or whether the parties should take advantage of ADR options after the close of discovery.

6.     Proposed dates for filing a motion for summary judgment, the opposition, and the reply are set out in the attached proposed Scheduling Order.

7.     The parties agree initial disclosures may be dispensed with.

8.     Proposed dates for discovery are set out in the attached proposed Scheduling Order.

9.     None of the parties have identified experts at this time.  Proposed dates for expert discovery, including expert reports, are set out in the attached proposed Scheduling Order.

10.    This case is not a class action.

11.    The parties agree that there is no need to bifurcate a trial or discovery.

12.   A proposed date for a pretrial conference is set out in the attached proposed Scheduling Order.

13.   The parties agree that the Court should provide that a trial date will be set at the pretrial conference and will occur 30 to 60 days after that conference.

Dated: March 12, 2007

Respectfully submitted,

/s/ John W. Hermina

John W. Hermina, Esquire
Hermina Law Group
Laurel Lake Executive Park
8327 Cherry Lane
Laurel, MD  20707

Attorney for Plaintiff

/s/ Betty S.W. Graumlich

Betty S. W. Graumlich (DC Bar No. 376310)
Lee Ann Anderson (VSB No. 72419)
**REED SMITH LLP**
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1700
Richmond, Virginia  23219
Telephone:  (804) 344-3456
Facsimile:  (804) 344-3410
Email: bgraumlich@reedsmith.com

Bridnetta D. Edwards (DC Bar No. 437467)
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC  20005
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
Email: bedwards@reedsmith.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY M. MARUCO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON WASHINGTON, DC INC., )<br>)<br>Defendant. ) | Civil Action No. 1:06cv01837 |

**PROPOSED JOINT SCHEDULING ORDER**

The following procedural rules and scheduling dates shall govern this case, unless modified by further Order of the Court:

| | |
|---|---|
| Provision for Rule 26(a)(1) Disclosures | Waived |
| Plaintiff and each defendant shall be permitted to propound interrogatories, requests for production of documents, and requests for admission (collectively "written discovery") in accordance with the Federal Rules of Civil Procedure. | |
| Deadline for completing written discovery (Note: all written discovery must be served to the responding party 30 days in advance of the deadline) | July 31, 2007 |
| Each party shall be permitted to take up to 5 depositions (excluding experts). Each deposition, except that of the Plaintiff, shall be completed within 7 hours unless otherwise ordered by the Court or agreed to by all parties. Given the number of issue raised by the complaint and the time span involved, defendant has requested up to 14 hours to depose the Plaintiff. Plaintiff has agreed to allow 8 hours for her deposition and to consider allowing longer if necessary to complete the deposition. | |
| Deadline for deposing fact witnesses | July 31, 2007 |
| Plaintiff's Rule 26(a)(2) disclosures of experts and reports | July 6, 2007 |
| Defendant's Response to Plaintiff's Rule 26(a)(2) disclosures of experts | August 3, 2007 |

1

236245.1

| | |
|---|---|
| and reports | |
| Plaintiff's rebuttal Rule 26 (a)(2) disclosures of experts and reports. | August 17, 2007 |
| Deadline for deposing experts | August 31, 2007 |
| Deadline for filing dispositive motions | November 9, 2007 |
| Deadline for filing oppositions to dispositive motions | November 30, 2007 |
| Deadline for filing replies to dispositive motions | December 14, 2007 |
| Pretrial Conference | January 29, 2008 |
| Trial | March 2008 |

ORDERED, this ___ day of _____, 2007.

_____
Ricardo M. Urbina
United States District Judge

236245.1