IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Tracy M. Maruco | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 1:06cv01837 |
| | ) | |
| Verizon Washington, DC, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

Motion To Reschedule Initial Status Hearing

COMES NOW THE PLAINTIFF, Tracy M. Maruco, by and through her undersigned counsel, and moves this Honorable Court to reschedule the initial status hearing, and as for her reason, she states:

1) That the daughter of the undersigned counsel is scheduled to play international soccer games in Stuttgart, Germany and is scheduled to be there from March 27 through April 5 of 2007. Because counsel's child is a minor, he is required to accompany her on the trip.

2) Defendant's counsel has been contacted regarding this request and she has stated that she has no objection to this request.

3) That the parties are available on the following dates: April 12, 17, 18 and 19, 2007.

WHEREFORE, the Plaintiff respectfully requests that the matter be set on this Honorable Court's calendar for any of the above dates, or upon a date that is convenient for this Honorable Court.

1

Respectfully Submitted,

The Plaintiff,

BY: _____/s/_____
Her Counsel
John W. Hermina, Esquire
Bar Id No. 421790
Hermina Law Group
Laurel Lakes Executive Park
8327 Cherry Lane
Laurel, Maryland 20707
301-206-3166

Case 1:06-cv-01837-RMU    Document 6    Filed 03/12/2007    Page 2 of 3

<u>Certificate of Service</u>

     I HEREBY CERTIFY that on this 12th day of March, 2007, a copy of the foregoing Motion was transmitted to Defendant's counsel through court available electronic means:

Betty S. W. Graumlich, Esquire
Lee Ann Anderson
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219

                                                                                                _____/s/_____
                                                                                          John W. Hermina