UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRACY M. MARUCO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06cv01837 |
| VERIZON WASHINGTON, DC INC., | ) ) ) | |
| Defendant. | ) ) | |

### DEFENDANTS RULE 26(a)(2)(B) STATEMENT

Verizon Washington, DC Inc. ("Verizon DC" or "Defendant"), by and through counsel, submits its Rule 26(a)(2)(B) Statement, and identifies the expert witness it intends to call at the trial of this case as follows:

> Brian Crowley, M.D.
> 5225 Connecticut Avenue, NW
> Suite 215
> Washington, DC  20015

The expert has performed an evaluation of the Plaintiff, and prepared a written report, attached hereto as an accompanying exhibit.  The written report contains a complete statement of the expert's opinions and the basis and reasons therefor.  Additional accompanying exhibits include the expert's resume setting forth his qualifications and listing all publications authored by him within the preceding ten years, and a listing of all cases in which the expert has testified as an expert at trial or by deposition within the preceding four years.

          Respectfully submitted,


By: /s/ Betty S. W. Graumlich
    Betty S. W. Graumlich (DC Bar No. 376310)
    **REED SMITH LLP**
    Riverfront Plaza, West Tower
    901 East Byrd Street, Suite 1700
    Richmond, Virginia  23219
    Telephone:  804.344.3456
    Facsimile:  804.344.3410
    Email: bgraumlich@reedsmith.com


    /s/ Bridnetta D. Edwards
    Bridnetta D. Edwards (DC No. 437467)
    **REED SMITH LLP**
    1301 K Street, N.W.
    Suite 1000, East Tower
    Washington, DC  20005
    Telephone:  202.414.9200
    Facsimile:  202.414.9299
    Email: bedwards@reedsmith.com

    Attorneys for Defendant
    Verizon Washington, DC, Inc.

Dated:  August 3, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2007, I caused a true and correct copy of the foregoing Defendant's Rule 26(a)(2)(B) Statement to be served through CM/ECF and by first class, U.S. mail, postage prepaid to the following:

>John W. Hermina, Esq.
>Hermina Law Group
>Laurel Lake Executive Park
>8327 Cherry Lane
>Laurel, MD  20707

 /s/ Bridnetta D. Edwards
Bridnetta D. Edwards

<table>
<tr><td>Practice Limited to<br>Psychiatry<br>Psychoanalysis<br>Forensic Psychiatry</td><td>BRIAN CROWLEY, M. D.<br>5225 Connecticut Avenue, N.W.<br>Suite 215<br>Washington, D.C. 20015</td><td>Telephone: (202) 537-3300<br>Fax: (301) 365-8644<br>E-mail: BCrowleyMD@Aol.Com</td></tr>
</table>

July 24, 2007

Betty S.W. Graumlich, Esquire
ReedSmith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219-4068

        Re: Tracy M. Maruco v. Verizon Washington, DC Inc.

Dear Mrs. Graumlich:

  I have performed forensic psychiatry evaluation in the above matter at your request. On July 11, I had the opportunity to meet Ms. Maruco and observe a portion of her deposition taken at your firm's offices in Washington. In addition, I have reviewed the following materials in this case:

- Ms. Maruco's EEOC Charge
- Ms. Maruco's Amended EEOC Charge
- The Complaint
- Ms. Maruco's Responses to Interrogatories
- Ms. Maruco's Deposition, in two parts
- Letter from Mr. Hermina following up on Interrogatory Responses
- MetLife Records
- Medical Records from Joseph Tarantolo, M.D.
- Medical Records from James Jarrell, M.D.
- Medical Records from Harvey Fernbach, M.D.
- Medical Records from R. G. Bransdorf, M.D.
- Psychotherapy Records from Timothy Lyons, L.I.C.S.W., dating from 5/25/05 to 6/27/07
- Letter from Mr. Lyons to Attorney Graumlich, treatment summary, dated May 15, 2007
- Deposition of Mr. Lyons, taken on July 11, 2007
- Document titled "Psychotherapy Work Experience" for Mr. Lyons

  **Summary of Review and Professional Opinion.** Ms. Maruco is a now 32- year-old single white female who worked for Verizon for several years beginning in 2000. In her Complaint, she alleges various forms of mistreatment by the company.

All of the examining doctors, as well as Ms. Maruco's treating psychotherapist, Mr. Lyons, agree that she suffers from longstanding mental disorders. These disorders are listed as Major Depressive Disorder, Posttraumatic Stress Disorder, and Borderline Personality Disorder. There is a high level of agreement among the psychiatrists and the psychotherapist in this case on these diagnoses, and indeed these diagnoses are listed by Ms. Maruco in her Complaint. These mental disorders have their origin in her very unfortunate early life history, which was characterized by extreme childhood neglect, abuse, and cruelty.

This examiner fully agrees with the summarizing statement made by her treating psychotherapist, Mr. Lyons, in his letter to Counsel of May 15, 2007:

"Patient's symptoms of depression and acute PTSD were a result of overwhelming conflicts and very severe abuses she was subjected to in childhood."

According to the record in this case, the terrible things which were done to Ms. Maruco as a child included:

- Her mother had the child beg for money on the street so that mother could buy illegal drugs to support her ongoing drug habits and addiction;
- Mother "essentially sold my little sister" (into prostitution) to get drug money;
- "She attempted to do that to me, but I fought them too much—so she stopped trying to sell me for drug money."
- Her foot was bound up to make it appear she was crippled, to elicit sympathy and money;
- She is now permanently blind in one eye. Father gave mother money for eye-doctor appointments for the child, but mother used the money instead for illicit drugs for herself.
- She has flashbacks to being in the basement and possible sexual abuse from an uncle, whom she feels was a pedophile. Watching violent movies causes emotional disturbance—nightmares of Satan and Christ.

Indeed Ms. Maruco's current family and home life is characterized by marked instability, danger, and violence. During her deposition on July 11, I heard Ms. Maruco describe, among other violent episodes: A broken nose, caused when she was hit by a chair thrown by her nephew, age 11; her brother-in-law having attacked her physically, and stabbing her with a knife, during a fight with her sister (his wife). This is by no means an exhaustive list.

Additionally, Ms. Maruco has experienced the hardship of living in a homeless shelter. She has made one or more past suicide attempts. The record is replete with reference to violent fantasies on the part of Ms. Maruco.

It has been a dangerous, hardscrabble, sad life for Ms. Maruco. Somewhat ironically, in view of the current litigation, her employment at Verizon was in fact a high

point of her life.  Although she complains of poor treatment on the job, she has, by her own account, never had a better one.  She testified on July 11:
"…I really want my job back."
"Q. Why after all your complaining about the work environment at Verizon, do you want to work back at Verizon?
"A. Because I loved the job.  I loved working for that company….
… I was very proud when I got this job,.  Even though, they're all dead now, my grandma, my grandpa and my dad were so proud when I got that job.  This job has meant the world to me."   (She then cried.)  --April 11 Deposition, pages 339-340.

    An individual with a history of severe early-life deprivation and abuse, such as Ms. Maruco, learns to see the world as a nasty, dangerous place in which people cannot be trusted.  Especially one with a borderline personality disorder tends to vacillate between seeing other people as all good or all bad.  I believe Ms. Maruco, although quite bright, brought limited interpersonal skills to her job at Verizon—a job which was the high point of her life—and at which she performed well when not rendered unable to function by her emotional devastation to the latest death among her relatives, depression, or her other psychiatric problems.   I believe she would have had difficulty making necessary discriminations in the workplace between minor problems and big ones, and responding appropriately—also difficulty in telling which problems are external and which internal to her own functioning.  For instance, Ms. Maruco has testified that she feels stressed by "the court case with Verizon—being dragged through this conflict which feels extremely unjust."  The court case, of course, is brought by herself.

    Her psychotherapist, Mr. Lyons, opined at page 87 of his deposition that his patient would have been all right had she been moved to work in a different Verizon office. "Especially, if some accommodation had been made or she had been moved to another office, or something, I think she would have been all right." This approach is known in psychiatry and "the geographic cure."  In my professional opinion, it is very unlikely to have succeeded in Ms. Maruco's case.  The psychiatric problems which she brought to the workplace were hers, not the job's.  Internal psychological problems travel with the person to the new location when "the geographic cure" is tried, resulting in their being played out again in the new location.  An internal psychological problem needs an individual treatment plan, not a move to a new location.  This is especially true for persons with a Personality Disorder.

    The following is the list of diagnostic criteria for Borderline Personality Disorder from the Diagnostic and Statistical Manual of Mental Disorders (DSM-IV-TR).  In my professional opinion Ms. Maruco meets most, if not all, of these criteria:

    1  Frantic efforts to avoid real or imagined abandonment
    2. A pattern of unstable and intense interpersonal relationships characterized by alternating between extremes of idealization and devaluation
    3. Identity disturbance: markedly and persistently unstable self-image or sense of self

    4. Impulsivity in at least two areas that are potentially self-damaging (e.g., spending, sex, substance abuse, reckless driving, binge eating)
    5. Recurrent suicidal behavior, gestures, or threats, or self-mutilating behavior
    6. Affective instability due to a marked reactivity of mood
    7. Chronic feelings of emptiness
    8. Inappropriate, intense anger or difficulty controlling anger
    9. Transient, stress-related paranoid ideation or severe dissociative symptoms.

    Mr. Lyons also is in agreement here. He diagnosed Ms. Maruco as having a Borderline Personality Disorder, and at page 90 of his deposition, after reading the above criteria, he testified: "Unfortunately, she has them all."

    "A Personality Disorder is an enduring pattern of inner experience and behavior that deviates markedly from the expectations of the individual's culture, is pervasive and inflexible, has an onset in adolescence or early adulthood, is stable over time, and leads to distress or impairment." --DSM-IV-TR, page 685.

    Ms. Maruco's relationship with Monica Chatman, about which she complains, appears to have begun clearly as a voluntary sexual relationship between two consenting adults. Based upon my training and experience, it is my professional opinion that Ms. Marcuco's early life experience did not provide her with strong abilities to manage erotic relationships, to set boundaries, and to discriminate clearly between what she wants and does not want, and to structure appropriate limits.

    I do not believe that the Verizon workplace produced Ms. Maruco's mental disorders, its symptoms, or her unhappiness. I do believe that Ms. Maruco brought significant emotional and mental problems to the job, and that in a sense it is a tribute to her that she held that job and performed satisfactorily for as long as she did.

    These opinions are all rendered to a reasonable degree of medical certainty.

Sincerely,

Brian Crowley, M.D., D.L.F.A.P.A.

CURRICULUM VITAE

<u>Brian Crowley, M.D.</u>

**June 2007**

**Present Professional Practice:**

    Private practice of Psychiatry, Forensic Psychiatry, and Psychoanalysis at 5225 Connecticut Avenue, N.W., Suite 215, Washington, DC 20015

    Senior Attending Staff and Past Chairman, Department of Psychiatry, Suburban Hospital, Bethesda, Maryland

    Psychiatrist, Deployment Health Clinical Center (Formerly Gulf War Health Center), Department of Defense, at Walter Reed Army Medical Center, Washington, DC

**Licensure and Qualifications**

    Licensed: District of Columbia, Maryland

    Distinguished Life Fellow, American Psychiatric Association

    Fellow, American Academy of Psychoanalysis and Dynamic Psychiatry

    Member, American Academy of Psychiatry and the Law

    Diplomate, National Board of Medical Examiners

**Current Academic Positions**

    Adjunct Associate Professor of Psychiatry, Uniformed Services University of the Health Sciences, Bethesda, Maryland

    Member, Center for the Study of Traumatic Stress

**Education and Professional Training**

    Washington and Lee University, 1950-53

    Yale University School of Medicine, 1953-57; M.D., 1957

    St Elizabeths Hospital, Washington DC
        Rotating Internship, 1957-58

Psychiatric Residency (3 years), 1958-61

Graduate, Washington Psychoanalytic Institute, 1975

**Awards**

American Psychiatric Association's Roeske Award for Excellence in Medical Student Education, presented May 2003

Army Certificate of Achievement for Distinguished Service, Presented by Commanding General, North American Regional Medical Command, 5 January 2001

Sustained Superior Performance Award, Henry M. Jackson Foundation for the Advancement of Military Medicine, 1996 and 1997

Outstanding Service Award, Washington Psychiatric Society, 1988 and 1990

William Alanson White Prize, Medical Society of St. Elizabeths Hospital, twice during residency

**Professional Society and Community Service**

American Psychiatric Association (General Member, 1962; Fellow, 1973; Life Fellow, 1996; **Distinguished Life Fellow, 2003**)

American Psychiatric Association Components:
- Isaac Ray Award Committee, 2004-2010
- Council on Psychiatry and Law, Corresponding Member, 2002-08
- Manfred S. Guttmacher Award Board: Member, 1996-2002; Chair, 1999-2000, 2000-01, 2001-02
- Committee of Tellers, 2000-01, 2001-02
- Local Arrangements Committee, 1999 Annual Meeting, Washington, DC
- Local Arrangements Coordinator, 1997 Institute on Psychiatric Services, Washington, DC
- Committee on Private Practice, 1996-99
- Committee on Advertising, 1980-85 (Chair, 1984-85)
- Task Force on Psychiatric Rehabilitation in Correctional Systems, 1973-79

American Academy of Psychiatry and the Law
- Nominated to Executive Council, May 2007
- Peer Review of Psychiatric Testimony Committee, 1995-2001
- Program Committee, 2001-06
- Private Practice Committee, 2001-09
- President, Chesapeake Bay Chapter, 1993-95

American Academy of Psychoanalysis and Dynamic Psychiatry
- Fellow, 2000
- Committee on Public Information, 2000-03

Washington Psychiatric Society
- President, 1996-97
- Executive Council, 1971-73; 1988-90; 1994-2010
- Ethics Committee, 1981-90
- Federal Legislative Representative, 1998-2010
- Co-chairman, Economics and Insurance Committee, 1976-77

Suburban Maryland Chapter, Washington Psychiatric Society
- Chairman, 1970-72
- Vice Chairman, 1968-70

Peer Review Committee, Suburban Maryland Psychiatric Society, 1990-95
- Performed Peer Review for Board of Physician Quality Assurance

Suburban Hospital, Department of Psychiatry
- Chairman, 1985-89 and 1997-2000
- Medical Director, 1989-91
- Vice Chairman, 1980-81
- Secretary-Treasurer, 1968-71

Montgomery County Criminal Justice Coordinating Commission, 1981-91

Montgomery County Medical Society
- Executive Board, 1970's
- Interprofessional Committee

Medical and Chirurgical Faculty of the State of Maryland

Greater Washington Council of Psychiatric Day Treatment Centers
- Executive Committee, 1973-77

**Forensic Experience**

Have qualified as expert witness on numerous occasions in Federal and State Courts and in Courts Martial

**Past Professional Positions**

Staff Psychiatrist and Coordinator of Not Criminally Responsible Hearings, Clifton T. Perkins Hospital Center, Jessup, Maryland, 1982-1995

Executive Director, The Medical and Psychiatric Study Center, Inc., 1972-77

Founding Partner, The Potomac Foundation for Mental Health
- Medical Director, 1969-71

Private Practice of Psychiatry, Psychoanalysis, and Forensic Psychiatry, Bethesda, Maryland, and Washington, D.C., 1963-present

Psychiatrist, Montgomery County Mental Health Center, 1963-68

U.S. Navy Medical Corps: Active duty as Psychiatrist, 1961-63: (LT, LCDR, USNR): Served at U.S. Naval Hospitals, Philadelphia and Bethesda.  Active in supervision and teaching psychiatric residents at both hospitals.

Staff Psychiatrist, St. Elizabeths Hospital, 1961

**Prior Teaching Appointments**

Uniformed Services University of the Health Sciences
- Clinical Assistant Professor of Psychiatry, 1991-99
- **1999 to Present:**  Adjunct Associate Professor of Psychiatry

University of Maryland Law School
- Guest Lecturer, 1980-88

Maryland State Bar Association, Annual Convention, 1984
- Demonstration of expert psychiatric testimony

Catholic University of America, Columbus School of Law, 1969

George Washington University School of Medicine
- Assistant Clinical Professor of Psychiatry, 1967-81

American University's Center for Administration of Justice

University of Maryland's Criminology Institute

**Publications**

"Law and Psychiatry: Assessing Civil Competence," Journal of Psychiatric Practice, November 2006, Vol. 12, No. 6, pages 402-405

"Assessing Civil Competence: A Case Vignette," in American Academy of Psychiatry and the Law Newsletter, September 2006, pages 14-15

Book Essay and Review on *Clinicians in Court*, in Psychiatry: Interpersonal and Biological Processes, Vol. 66, No. 4, winter 2003, pages 368-69

"The Assessment of Danger in Everyday Practice." Psychiatric Times, Vol. 20, No. 6, June 2003, pages 74-78

"Measures to Take After Diagnosis of Violence or Danger." Psychiatric Times, Vol. 20, No. 7, July 2003, pages 15-17

"Gender Differences in Posttraumatic Stress Disorder After Motor Vehicle Accidents." Carol S. Fullerton, Ph.D.; Robert J. Ursano, M.D.; Richard S. Epstein, M.D.; Brian Crowley, M.D.; Kelley Vance, M.P.H.; Tzu-Cheg Kao, Ph.D.; Angela Dougall, Ph.D.; Andrew Baum, Ph.D. Am J Psychiatry, Sept. 2001, Vol.158, No. 9, pages 1486-91

"Measurement of Posttraumatic Stress Disorder in Community Samples." Carol S. Fullerton, Ph.D.; Robert J. Ursano, M.D.; Richard S. Epstein, M.D.; Brian Crowley, M.D.; Kelley L. Vance, M.P.H.; Karrie J. Craig; Andrew Baum, Ph.D. Nord J. Psychiatry, Vol 54, No. 1. 2000

"Peritraumatic Dissociation Following Motor Vehicle Accidents." Carol S. Fullerton, Ph.D.; Robert J. Ursano, M.D.; Richard S. Epstein, M.D.; Brian Crowley, M.D.; Kelley Vance, M.P.H.; Tsu-Cheg Kao, Ph.D.; Andrew Baum, Ph.D. J Nerv Ment Dis 188:267-272, 2000

"Peritraumatic Dissociation and PTSD Following Motor Vehicle Accidents." Robert J. Ursano, M.D.; Carol S. Fullerton, Ph.D.; Richard S. Epstein, M.D.; Brian Crowley, M.D.; Kelley Vance, M.P.H.; Tzu-Cheg Kao, Ph.D.; Andrew Baum, Ph.D.; Am J Psychiatry Nov. 1999; Vol. 156; pages 1808-1810

"Acute and Chronic Posttraumatic Stress Disorder Following Motor Vehicle Accidents." Robert J. Ursano, M.D.; Carol S. Fullerton, Ph.D.; Richard S. Epstein, M.D.; Brian Crowley, M.D.; Tzu-Cheg Kao, Ph.D.; Kelley Vance, M.P.H.; Karrie J. Craig, Ph.D.; Angela L. Dougall, M.S.; Andrew Baum, Ph.D.; Am J. Psychiatry, April 1999; Vol. 156, No. 4, pages 589-595

"Day Hospitalization as a Cost-Effective Alternative to Inpatient Care: A Pilot Study," with William Guillette, M.D., S. Alan Savitz, M.D., and F. Dee Goldberg, M.H.A. Hospital and Community Psychiatry, Vol. 29, No. 8, August 1978

"A New Look at An Old Problem: The Insanity Defense in Criminal Cases." Presented to International Academy of Trial Judges, London, October 1975

"Maryland's Defective Delinquent Law: Nightmarish Prelude to 1984." Corrective Psychiatry and Journal of Social Therapy, Vol. 18, No. 1, 1972

"Ariadne's Spool – The Independent Day Hospital." With Herbert Winston, M.D., John A. McCormack, M.D., Donald Goldberg, M.D., Ralph H. Meng, M.D. Read at the American Psychiatric Association Annual Meeting, May 1970

Three clinical papers of psychotherapy of acute and chronic schizophrenia; hysterical blindness; and brief psychotherapy, all in Proceedings of the Medical Society of St. Elizabeths Hospital, 1958-61

"Behavioral Effects of Drugs Influencing Serotonin." M.D. Thesis, Yale University Library (unpublished)

**Presentations**

"Comprehensive Psychiatry in Private Practice, 2007." American Psychiatric Association Annual Meeting, San Diego, May 22, 2007. Symposium 36.

"Comprehensive Psychiatry in 2006: Confidentiality and Access to Care in Private Practice and in Military Practice." American Psychiatric Association Annual Meeting, Toronto, May 24, 2006. Symposium 90.

"Comprehensive Psychiatry: Medically Unexplained Physical Symptoms and PTSD." American Psychiatric Association Annual Meeting, Atlanta, May 26, 2005. Symposium 92.

"Dealing with the Media," in course entitled "Establishing a Forensic Practice," American Academy of Psychiatry and the Law, Annual Meeting, San Antonio, October 17, 2003

"The Future of Psychiatry" in "Practicing Psychiatry in 2003." Symposium 7, American Psychiatric Association Annual Meeting, San Francisco, May 19, 2003

"Dangerousness to Others: Assessment in Psychodynamic Practice." Paper presented to American Academy of Psychoanalysis and Dynamic Psychiatry at its Winter Meeting in San Antonio, December 7, 2002

"Practicing Psychiatry in 2002." Symposium 17, Annual Meeting, American. Psychiatric Association, Philadelphia, May 20, 2002

Community Health Seminar, sponsored by Suburban Hospital, at Bethesda Chevy Rescue Squad, Jan. 23, 2002
- "Psychological and Behavioral Responses to Current World Events: Healthy Versus Pathological"

Forensic Network Conference, Jackson Hole, WY, July 23-24, 2001

- "The Role of the Forensic Psychiatrist in Mental and Emotional Injury Claims: Evaluating Claims of PTSD, Depression and Other Mental Disorders"
- "Interprofessional Ethics" Panel

Psychiatric Grand Rounds, Suburban Hospital, June 15, 2001
- "Assessment of Dangerousness to Others"

Chair, Manfred S. Guttmacher Award Lecture, American Psychiatric Association Annual Meeting
- Philadelphia, May 19, 2002
- New Orleans, May 6, 2001
- Chicago, May 14, 2000
- Co-chair, Washington, May 16, 1999
- Co-chair, Toronto, May 31, 1998

American Academy of Psychiatry and the Law, Annual Meeting, New Orleans, Oct. 22, 1998
- Committee on Peer Review of Psychiatric Testimony Panel Presentation

APA Institute on Psychiatric Services, Washington, DC, Oct. 26, 1997
- Confidentiality and Privacy Issues in Practice: Panel Presentation

Chair, Annual Awards Banquet, Washington Psychiatric Society, 1996 and 1997

Gulf War Health Center, WRAMC, May 1997
- "The Psychopathology of Everyday Life: Introduction to Psychoanalytic Concepts"

Moderator, Presidential Election Debates, American Psychiatric Association
- Washington, DC, 1995 and 1996

Grand Rounds, Department of Psychiatry, WRAMC, 16 Dec. 1993
- "Assessment of Dangerousness"

Clifton T. Perkins Hospital Center, Jessup, MD, 1982-95
- Dangerousness evaluations in insanity acquitees
- Assessing fitness for release post-NGBRI
- Release hearings coordination
- How to testify effectively

Psychiatric Grand Rounds, Suburban Hospital, 1970's and 1980's
- Laws affecting psychiatry in Maryland
- Emergency Room consultation

- Commitment
- Managing the assaultive patient
- Managing the suicidal patient
- Rational malpractice prevention
- Risk management
- Dynamics of doctor/administrator interaction

Maryland General Assembly, 1976
- Successful testimony in favor of maintaining the patient-psychiatrist privilege intact in face of bill weakening it

Montgomery County (MD) Medical Society, 1975
- "Helping Our Own – Dealing with Impaired Colleagues"

Suburban Maryland Psychiatric Society, Bethesda, MD, 1970
- "Involuntary Commitment of the Mentally Disordered: Present Status, Standards, and Problems"

**Brian Crowley, M.D., D.L.F.A.P.A.**

Brian Crowley, M.D
July 2007
List of Testimony at Deposition or Trial in Past Four Years

.
U.S. v. SSgt Candida R. Adams.  U.S. Air Force Court Martial, Hurlburt Field, Florida. HQ AFSOC/JA, 100 Bartley Street, Suite 249E, Hurlburt Field, FL 32544.  Testified in Court Martial Nov. l5, 2005.  Mother accused of overdosing 5 year old autistic, epileptic son Landon on Klonopin, and other offcnses.  Verdict not guilty on that charge, on which I testified.

U.S. v. SSG Fred J. Tapia.  Consultation and testimony in Special Court Martial, Germany.  Defense.  Charges: Assault in ER and Psychiatric Unit at Army Hospital, Landstuhl, Germany.  Videotaped Deposition Feb. 9 and 10, 2006, at JAG offices, WRAMC, Washington, DC.  Trial verdict: Not guilty.


Balana v. Gonchigar. Maria BALANA v. DR. Hermanjani GONCHIGAR.  2002.  Health Claims Arbitration Office of MD.  HCA No. 2002-004.  Malpractice.  Defendant.   Deposed, June 4, 2004.

Bethea, Lisa A. v. American University, et al.:  U. S. District Court for the DC; Civil Action No. 98-00544 (EGS); 1999; sexual harassment; Plaintiff.  Trial Testimony 2001.

Blechman, Nancy F. v. Sheppard and Enoch Pratt Hospital: Health Claims Arbitration Office of Maryland; HCS 92-229; 1999; Malpractice; patient on psychiatric unit set herself on fire; Plaintiff.  Deposed.

Carragher, John   Will Contest.  Undue Influence. In the Orphan's Court for Prince George's County, MD, Estate no. 65953:In the Estate of John T. Carragher Plaintiff.   Assertion that younger sister used undue influence on father to disinherit son. Deposed 9/15/04.  Court testimony 11/10/04.


Dempster v. R-Love:   Circuit Court for Montgomery County, MD; 2000; Case No. 198539; sexual activity by psychiatrist with patient; malpractice; Plaintiff.  Trial testimony 2001.

..

2

Hill, Shawn
    State of MD v.   Criminal No. 94576, Circuit Court for Montgomery County, MD. 2002.  Criminal Responsibility.  Defendant.  Trial Testimony.

Kallens v. Dr. Peck et al.    Harvey I. **Kallens** v. Alan **Peck, M.D.**, et al.   Circuit Court for Baltimore City, Case No.24-C-04-006591 OT.   Malpractice.  PTSD. Defendant.  Deposed  9/16/05.

Sander, Susan  Estate of Susan and David Sander vs. Memorial Hospital of Tampa and Ashit Vijapura, M.D.  Circuit Court, 13th Judicial Circuit, Hillsborough County, FL. Case No. 02-06740 (B). 2002. Malpractice.   Suicide of wife by hanging in hospital; husband died of MI when hearing of her suicide.  Plaintiff.  Deposed 8/8/03.

Schwab, Carol.  U.S. State Department, administrative hearing.  Testimony by telephone before ALJ on May 5, 2006.  Petitioner.  Assertion of mental incompetence due to postpartum depression in 1987 when executing retirement election form.

Seipp, Lorena v. Montgomery County, MD.   Before the Human Relations Commission; HRC No. E-01642; workplace harassment, hostile work environment; discrimination; mental damages, PTSD, etc.  Defendant.  2001.  Trial testimony.

In the Matter of the Estate of Charles Serabian. .  Orphan's Court for Calvert County, MD.  Case Number 6954. Testamentary Capacity.  Defendant.  Deposed 8/11/04

Aric Slattery v. Reston Plaza America CVS et al.  Fairfax (VA) County Circuit Court.  Review for Plaintiff, 10/03.  Claim that med error by CVS worsened psychosis with complications.  @$450 per hour.  Retainer of $1,800 (4 hours) paid Oct. 8, 2003, by Greenspun & Mann, 10605 Judicial Drive, Building A-5, Fairfax, VA 22030-5167.  Christie A. Leary, Esq.  7/352-0100**.**  Deposed, May 14, 2004.  Case Settled, just before trial, June 2004

Terek, Rita Marie.     Office of Personnel Management, 2003.  Appeal of finding that she was not a disabled dependent related to longstanding schizoaffective disorder. Testimony by telephone before ALJ August 26, 2003.  Judge ruled for Tereks, 10/03.

3

**Brian Crowley, M.D., D.L.F.A.P.A.**   07/07

3