UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRACY M. MARUCO,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON WASHINGTON, DC INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06cv01837<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT RELEASING
CLAIMS UNDER THE FAMILY AND MEDICAL LEAVE ACT
AND DISMISSAL PURSUANT TO RULE 41(a)(2)**

COMES NOW Plaintiff, Tracy M. Maruco ("Plaintiff"), and Defendant, Verizon Washington, DC Inc. ("Defendant"), through their undersigned counsel and move this Court for approval of the Settlement in this case releasing Plaintiff's claims under the Family and Medical Leave Act ("FMLA") and dismissing this action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**Statement of Points and Authorities**

Pursuant to Local Rule 7(a) of the U.S. District Court Rules for the District of Columbia, the parties state as follows:

1. Plaintiff filed a lawsuit against Defendant on or about October 23, 2006, alleging claims of violation of the Americans With Disabilities Act ("ADA"), 42 U.S. C. § 12102, *et. seq.*; race and gender discrimination, and retaliation under Title VII of the Civil Rights Act of 1964.

2.   On Wednesday, August 1, 2007, the parties engaged in voluntary private mediation in an effort to resolve this lawsuit.

3.   The parties reached a settlement wherein Plaintiff agreed to release all claims against Defendant, its officers, directors, employees and agents. As part of the settlement, Plaintiff also agreed to release all claims under the FMLA.

4.   Section 825.220(d) of the Code of Federal Regulations provides that "[e]mployees cannot waive, nor may employers induce employees to waive, their rights under FMLA." The District of Columbia Circuit has not ruled upon whether 29 C.F.R. § 220(d) permits waiver of FMLA claims. There is a split among the Circuits regarding the interpretation of this regulation as it applies to FMLA claims. Most recently, the Fourth Circuit held, despite the Department of Labor's ("DOL") own interpretation,[1] that "without prior DOL or court approval, 29 C.F.R. § 825.220(d) bars the prospective and retrospective waiver or release of rights under the FMLA." See Taylor v. Progress Energy, Inc., 2007 WL 1893362 (4th Cir. (N.C.)). In contrast, the Fifth Circuit has interpreted the regulation "to apply only to waivers of substantive rights under the FMLA, rather than to claims for money damages, consistent with public policy and the law under similar regulatory regimes." Faris v. Williams, 332 F.3d 316, 322 (5th Cir. 2003).

5.   Currently, the DOL has section 220(d) under consideration in connection with its rulemaking responsibilities under the FMLA. The DOL issued a notice in December 2006 "seeking input on whether a limitation should be placed on the ability of employees to settle their

---

[1]   In its amicus brief in Taylor, the Department of Labor argued that "the regulation refers only to the waiver of FMLA 'rights' and makes no mention of the settlement or release of claims." DOL Amicus Br. at 4.

past FMLA claims." <u>See</u> Request for Information on the Family and Medical Leave Act of 1993, 71 Fed. Reg. 69504, 69509-10 (Dec. 1, 2006).

      6.    Given the state of flux among the Circuits, and the likelihood that a writ of certiorari to the U.S. Supreme Court will be sought in <u>Taylor</u>, the parties seek this Court's approval of the settlement and release of Plaintiff's claims under the FMLA.

WHEREBY, the parties jointly move for the Court's approval of the settlement agreement and release of all claims, including any potential FMLA claims based upon the reasons herein.

Respectfully submitted,

By: /s/ Betty S.W. Graumlich
Betty S. W. Graumlich (DC Bar No. 376310)
**REED SMITH LLP**
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1700
Richmond, Virginia 23219
Telephone: 804.344.3456
Facsimile: 804.344.3410
Email: bgraumlich@reedsmith.com

/s/ Bridnetta D. Edwards
Bridnetta D. Edwards (DC No. 437467)
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005
Telephone: 202.414.9200
Facsimile: 202.414.9299
Email: bedwards@reedsmith.com

Attorneys for Defendant
Verizon Washington, DC Inc.

Dated: August 14, 2007

/s/ John W. Hermina
John W. Hermina, Esq.
Hermina Law Group
Laurel Lake Executive Park
8327 Cherry Lane
Laurel, MD 20707
Telephone: 301.206.3166
Facsimile: 301.490.7913

Attorney for Plaintiff
Tracy M. Maruco

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be delivered this 14th day of August, 2007, via ECF and first class mail a copy of the Joint Motion for Approval of Settlement Releasing Claims Under the Family and Medical Leave Act and Dismissal Pursuant to Rule 41(a)(2) upon:

>John W. Hermina, Esq.
>Hermina Law Group
>Laurel Lake Executive Park
>8327 Cherry Lane
>Laurel, MD  20707

>/s/ Bridnetta D. Edwards
>Bridnetta D. Edwards

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY M. MARUCO, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON WASHINGTON, DC INC., )<br>)<br>       Defendant. )<br>) | Civil Action No. 1:06cv01837 |

### ORDER

Upon consideration of the parties Joint Motion for Approval of Settlement Releasing Claims Under the Family and Medical Leave Act and Dismissal Pursuant to Rule 41(a)(2), it is hereby ORDERED that

    (a)    the Settlement Agreement reached between the parties on August 1, 2007 through mediation, and with representation of counsel on both sides is hereby APPROVED, and that

    (b)    this action be DISMISSED with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

 

_____
Judge Ricardo Urbina
U.S. District Court Judge
 for the District of Columbia

Copies to:

Betty S. W. Graumlich, Esq.
**REED SMITH LLP**
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1700
Richmond, Virginia  23219

Bridnetta D. Edwards, Esq.
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC  20005

John W. Hermina, Esq.
Hermina Law Group
Laurel Lake Executive Park
8327 Cherry Lane
Laurel, MD  20707